United States District Court
Southern District of Texas
FILED

MAR 15 2018

Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. M-18-0543-M |
| Tirso Antonio MELEAN-Castellano | ) | |
| YOB: 1990, COB: Venezuela | ) | |
| | ) | |
| Defendant | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date of **March 14, 2018** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant violated **18** U.S.C. § **922(g)(5)** an offense described as follows:

The Defendant, an alien illegally present in the United States; or admitted into the United States under a non-immigrant visa, possessed a firearm and ammunition that was shipped or transported in interstate or foreign commerce, to wit: One (1) Beretta Pistol, caliber .9mm, with serial number (S/N): J22123Z, one (1) Glock 22 Pistol, caliber .40, with serial number (S/N): ZYR886, and 240 rounds of assorted ammunition.

This criminal complaint is based on these facts:

On March 14, 2018, Homeland Security Investigations (HSI) Special Agents executed a consensual search at 401 South "G" Street, Apt.28 in McAllen, Texas. Subsequent to the search, special agents seized two (2) firearms and 240 rounds of assorted ammunition (.9mm and .40mm) from within the chest of drawers in the master bedroom. The resident of the property, Tirso Antonio MELEAN-Castellanos, a citizen and national of Venezuela residing illegally in the United States admitted to recently purchasing the firearms and ammunition at a gun show in McAllen.

Agents contacted a nexus examiner with ATF and provided him with the information on the firearms. He concluded that the firearms travelled in interstate/foreign commerce in that they were manufactured outside the state of Texas.

☐ Continued on the attached sheet

Approved by David A. Lindeman Jr

_Complainant's signature_
Daniel J. Hernandez, Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: March 15, 2018

City and state: McAllen, Texas

_Judge's signature_
J. Scott Hacker, U.S. Magistrate
_Printed name and title_